### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANNETTA PAPA ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-4119-JAR |
| ) | |
| ) | |
| PFIZER, INC., ) | |
|         Defendant. ) | |

### **ORDER**

This matter comes before the court upon defendant Pfizer, Inc.'s Motion to Stay All Proceedings pending transfer decision by the judicial panel on multidistrict litigation (Doc. 8). The court has contacted plaintiff's counsel, who does not oppose the present motion. Having considered defendant Pfizer, Inc.'s motion and for good cause shown, the court hereby GRANTS said motion and orders that this case shall be stayed in its entirety pending a decision by the Judicial Panel on Multidistrict Litigation regarding transfer of this case to the MDL-1699 proceeding that has been established in the Northern District of California.

IT IS SO ORDERED.

Dated this  30th  day of November , 2006, at Topeka, Kansas.

                                                  s/ K. Gary Sebelius
                                                 K. Gary Sebelius
                                                 U.S. Magistrate Judge